**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-00971-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   October 18, 2011** | **Courtroom Deputy:**  Laura Galera |

GERALD D. HOSIER, *et al.*,                                          Michael H. Berger

      Petitioners,

      v.

CITIGROUP GLOBAL MARKETS, INC.,                       Frederick J. Baumann
                                                                                            Joy T. Allen Woller

      Respondent,

HDNet, LLC,

      Interested Party.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in session:       1:24 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Petitioner's Motion to Strike Certain Argument Made in Respondent's Reply Brief or, in the Alternative, for Leave to File Limited Sur-Reply Brief Doc. #[68].

Discussion regarding Proposed Order Regarding Sealing Portions of Court File Doc.# [92].

Court notes it will approve the Proposed Order Regarding Sealing Portions of Court File Doc.# [92] with the modifications as stated on the record.

Discussion regarding setting a settlement conference.

**ORDERED:**  Petitioner's Motion to Strike Certain Argument Made in Respondent's Reply Brief or, in the Alternative, for Leave to File Limited Sur-Reply Brief Doc. #[68] is GRANTED IN PART AND DENIED IN PART.  The motion is granted to the extent it seeks to file a limited sur-reply, and denied to the extent that is seeks to strike certain arguments.

HEARING CONCLUDED.

**Court in recess:        1:40 p.m.**

Total time in court:    00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.