IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00971-CMA-CBS

GERALD D. HOSIER, individually and as
Trustee of the Gerald D. Hosier, u/a/d
10/40/99; BRUSH CREEK CAPITAL, LLC;
and JERRY MURDOCK JR.

Petitioners/Arbitration Claimants,

v.

CITIGROUP GLOBAL MARKETS INC.,

Respondent/Arbitration Respondent.

## ORDER REGARDING SEALING PORTIONS OF COURT FILE

THE COURT, having reviewed the various motions identified below, and having considered argument by the parties, hereby finds and orders as follows:

D.C.COLO.LCivR 7.2(A) provides that, on a motion and appropriate showing, a judicial officer may order that a paper filed in a case shall be sealed.

On May 11, 2011, Respondent/Arbitration Respondent Citigroup Global Markets Inc. ("Respondent") filed a Motion to Vacate an Arbitration Award ("Motion to Vacate")(Doc. 16) and filed an Affidavit in Support of that Motion to Vacate.  (Doc. 14.)  Respondent also filed the record for the underlying arbitration with this Court (Doc. 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 31) as Exhibits to the Affidavit in Support, and filed an unopposed motion to seal that record (Doc. 13.)  Objections to the sealing of the record were later filed (Doc. 36 and 37).

Petitioners Gerald D. Hosier, individually and as Trustee of the Gerald D. Hosier , u/a/d 10/40/99; Brush Creek Capital, LLC and Jerry Murdock Jr. ("Petitioners") thereafter filed a

Response to the Motion to Vacate ("Response")(Doc. 53).  In connection with that Response, Petitioners also filed various Exhibits under seal.  (Doc. 54 and 55.)

Various Motions were filed by the Parties in which the Parties sought to seal certain documents or to file other documents in redacted form.  (*See* Doc. 13, 38, 44, 45 and 53.) Thereafter, Petitioners and Respondent (collectively "the Parties") reached an agreement to unseal certain documents.  The Parties further agreed that they would not oppose each other's requests to file certain documents in redacted form and to re-file other documents under seal. (*See* Doc. 61, 62 and 64.)

On September 2, 2011, the Court held a hearing on the various sealing motions, and granted the Motion to Seal Certain Exhibits to the Motion to Vacate (Doc. 45).   The Court further ordered the parties to re-file certain documents in redacted form and permitted the parties to seal other documents.

In accordance with the Minute Order of September 2, 2011 (Doc. 72), Respondent re-filed its Exhibits in Support of the Motion to Vacate and Petitioners re-filed their Exhibits in connection with the Response to the Motion to Vacate.

THE COURT orders that the following filings shall remain public, as currently filed by the Parties:

| Date Filed | Docket Entry No. | Filing Party | Docket Text |
|---|---|---|---|
| 09/28/2011 | 74 | Respondent Citigroup Global Markets, Inc. | *NOTICE of Filing Exhibits in Support of Motion to Vacate Arbitration Award 14*   (Attachments: #1 through  # 50.) |
| 09/28/2011 | 75 | Respondent Citigroup Global Markets, Inc. | *NOTICE of Filing Exhibits in Support of Motion to Vacate Arbitration Award 14*  (Attachments: # 1  through # 50 Exhibit Respondent's 12-6.) |
| 09/28/2011 | 76 | Respondent Citigroup Global | NOTICE of Filing Exhibits in Support of Motion to Vacate Arbitration Award  (Attachments: # 1 |

| Date Filed | Docket Entry No. | Filing Party | Docket Text |
|---|---|---|---|
| | | Markets, Inc. | through # 49.) |
| 09/28/2011 | 77 | Respondent Citigroup Global Markets, Inc. | *NOTICE of Filing Exhibits in Support of Motion to Vacate Arbitration Award* (Attachments: # 1 through # 38.) |
| 10/06/2011 | 78 | Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr. | *NOTICE re 54 Sealed Document,,,, of Filing Response to Motion to Vacate Arbitration Award with Appendix of Exhibits and Exhibits* (Attachments: # 1 through # 55.) |
| 10/06/2011 | 79 | Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr. | *NOTICE re 55 Sealed Document,,,, of Filing Declaration of Ryan K. Bakhtiari in Support of Petitioners' Response to Motion to Vacate Arbitration Award and Exhibits 55* (Attachments: # 1 through # 15.) |

The Parties have also re-filed certain documents in redacted form.

THE COURT further orders that in accordance with D.C.COLO.LCivR 7.2(A), the

<span style="color:red">following filings shall remain, as filed, in redacted form</span>:

| Date Filed | Docket Entry No. | Filing Party | Docket Text |
|---|---|---|---|
| 10/06/2011 | 80 | Respondent Citigroup Global Markets, Inc. | NOTICE of Filing Redacted Exhibits to Affidavit in Support of Respondent Citigroup Global Markets, Inc.'s Motion to Vacate Arbitration Award 14 (Attachments: # 1 through # 14.) |
| 10/10/2011 | 82 | Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr. | NOTICE re 54 Sealed Document,,,, of Filing Redacted Exhibits to Petitioners' Response to Motion to Vacate Arbitration Award (Attachments # 1 through # 5.) |
| 10/10/2011 | 83 | Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, | NOTICE re 55 Sealed Document,,,, of Filing Redacted Exhibits to Declaration of Ryan K. Bakhtiari in Support of Petitioners' Response to Motion to Vacate Arbitration Award (Attachments: # 1 through #5.) |

| Date Filed | Docket Entry No. | Filing Party | Docket Text |
|---|---|---|---|
| | | Jerry Murdock, Jr. | |

THE COURT further orders that in accordance with D.C.COLO.LCivR 7.2(A) and the Court's Order of September 2, 2011 (Doc. 72), the main document, or Notice of Filing shall be unsealed and all attachments shall remain under seal, as follows:

| Filing Date | Docket Entry No. | Filing Party | ORDERED |
|---|---|---|---|
| 10/10/2011 | 84 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 84) is UNSEALED and all attachments (Attachments #84-1 through #84-26) shall remain SEALED. |
| 10/10/2011 | 85 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 85) is UNSEALED and all attachments (Attachments #85-1 through #85-28) shall remain SEALED. |
| 10/10/2011 | 86 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 86) is UNSEALED and all attachments (Attachments #86-1 through #86-8) shall remain SEALED. |

All documents referenced above are copies of documents previously filed by the Parties. In order to avoid confusion, THE COURT hereby orders that, pursuant to D.C.COLO.LCivR 7.2(A), the following previously filed versions of the documents shall remain sealed, with exception to the main document, or Notice of Filing, which will be unsealed as follows:

| Filing Date | Docket Entry No. | Filing Party | ORDERED |
|---|---|---|---|
| 05/11/2011 | 15 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 15) is UNSEALED and all attachments (Attachments #15-1 through #15-12) shall remain SEALED. |
| 05/11/2011 | 18 | Respondent Citigroup | Notice of Filing (Doc. 18) is UNSEALED and all attachments (Attachments #18-1 through #18-27) |

| Filing Date | Docket Entry No. | Filing Party | ORDERED |
|---|---|---|---|
| | | Global Markets, Inc. | shall remain SEALED. |
| 05/11/2011 | 19 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 19) is UNSEALED and all attachments (Attachments #19-1 through #19-32) shall remain SEALED. |
| 05/11/2011 | 20 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 20) is UNSEALED and all attachments (Attachments #20-1 through #20-78) shall remain SEALED. |
| 05/12/2011 | 21 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 21) is UNSEALED and all attachments (Attachments #21-1 through #21-10) shall remain SEALED. |
| 05/12/2011 | 22 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 22) is UNSEALED and all attachments (Attachments #22-1 through #22-24) shall remain SEALED. |
| 05/12/2011 | 23 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 23) is UNSEALED and all attachments (Attachments #23-1 through #23-28) shall remain SEALED. |
| 05/12/2011 | 24 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 24) is UNSEALED and all attachments (Attachments #24-1 through #24-10) shall remain SEALED. |
| 05/12/2011 | 25 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 25) is UNSEALED and all attachments (Attachments #25-1 through #25-12) shall remain SEALED. |
| 05/12/11 | 26 | Respondent Citigroup Global Markets, Inc | Notice of Filing (Doc. 26) is UNSEALED and all attachments (Attachments #26-1 through #26-18) shall remain SEALED. |
| 05/13/2011 | 31 | Respondent Citigroup Global Markets, Inc. | Notice of Filing (Doc. 31) is UNSEALED and all attachments (Attachments #31-1 through #31-5) shall remain SEALED. |
| 06/27/2011 | 54 | Petitioners | Notice of Filing (Doc. 54) is UNSEALED and all |

| Filing Date | Docket Entry No. | Filing Party | ORDERED |
|---|---|---|---|
| | | Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr. | attachments (Attachments #54-1 through #54-58) shall remain SEALED. |
| 06/27/2011 | 55 | Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr. | Notice of Filing (Doc. 55) is UNSEALED and all attachments (Attachments #55-1 through #55-19) shall remain SEALED. |

All pending Motions regarding the sealing of documents have been withdrawn by the Parties or have been rendered moot by this Order.[1]  Specifically, the following Motions are denied as moot:

| Date Filed | Docket Entry No. | Filing Party | Docket Text |
|---|---|---|---|
| 05/11/2011 | 13 | Respondent Citigroup Global Markets, Inc. | Unopposed Motion to Seal Exhibits in Support of Motion to Vacate |
| 05/17/2011 | 38 | Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr. | Motion for Order requiring the Filing of a Redacted Public Record Pursuant to Fed.R.Civ.P. 5.2 |

---

[1] The Motion to Seal Certain Exhibits to the Motion to Vacate (Doc. 45) was granted by the Court on September 2, 2011 and is no longer pending.

| **Date Filed** | **Docket Entry No.** | **Filing Party** | **Docket Text** |
|---|---|---|---|
| 06/03/11 | 44 | Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr. | Unopposed Motion to Withdraw Document (a) Conditional Objection 37 and (b) Motion re: Filing of a Redacted Public Record 38 |
| 06/27/2011 | 53 | Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr. | Motion to Seal File Response to Motion to Vacate Arbitration Award and Supporting Papers Under Seal |
| 07/20/2011 | 61 | Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr. | Unopposed Motion For Order to Make Permanent the Seal on Certain Documents |
| 07/20/2011 | 62 | Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr. | Unopposed Motion to Unseal Document 55 Sealed Documents |

Approved as to form:

| | |
|---|---|
| *s/ Joy Allen Woller* | */s Michael Berger* |
| Joy Allen Woller | Michael Berger |
| | |
| *Counsel For Respondent Citigroup Global Markets, Inc.* | *Counsel For Petitioners Brush Creek Capital LLC, Gerald D. Hosier, Gerald (I) D. Hosier, Jerry Murdock, Jr.* |

DATED at Denver, Colorado, this 17th day of October, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge